UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-01021-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER**<br><br>(ECF No. 11) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On November 08, 2017, Plaintiff filed a motion for a court order allowing Plaintiff to attend court hearings. (ECF No. 11.) Presently her amended complaint is pending screening. (ECF No. 13.)

Plaintiff's presence is not required by the Court at this time. The Court will issue a writ to transport her to any proceedings if her presence is deemed necessary.

For the foregoing reasons, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: 　November 20, 2017　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE